UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JILL E. SOUTHWORTH, as TRUSTEE          )
of the JILL SOUTHWORTH                  )
REVOCABLE TRUST, *et al.*,              )
                                        )
      Plaintiffs,                    )
v.                                      )          Case No. 1:10-cv-00878-RMB-KW
                                        )
HARTFORD INVESTMENT                     )
FINANCIAL SERVICES, LLC,                )
                                        )
      Defendant.                     )
_____)

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

**PLEASE TAKE NOTICE** that the law firm name and address of one of plaintiff's

counsel, Diane A. Nygaard, has changed.  Effective immediately, the new law firm name and

address is:

      KENNER SCHMITT NYGAARD, LLC
      117 West 20th St., Suite 201
      Kansas City, MO  64108
      Phone: 816.531.3100
      Fax:     816.531.3600
      E-mail:  diane@ksnlegal.com

                              _____/s/ *Carmella P. Keener*_____
                              Carmella P. Keener (Del. Bar No. 2810)
                              ROSENTHAL, MONHAIT & GODDESS, P.A.
                              919 N. Market Street, Suite 1401
                              P O Box 1070
                              Wilmington, DE 19899
                              Ph (302) 656-4433
                              ckeener@rmgglaw.com
                              *Attorneys for Plaintiffs Jill E. Southworth,*
                              *as Trustee of the Jill Southworth Revocable Trust, et al.*

OF COUNSEL:

Diane A. Nygaard
KENNER SCHMITT NYGAARD, LLC
117 West 20th St., Suite 201
Kansas City, MO  64108
Phone:  816.531.3100
diane@ksnlegal.com

Dated:  January 28, 2011