**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JILL E. SOUTHWORTH, as TRUSTEE of the JILL SOUTHWORTH REVOCABLE TRUST, et al., | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:10-cv-00878-RMB-KW ) |
| HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, | ) ) ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL**

**TO:**

**Via 1st Class Mail**
Michael Brickman, Esq.
James C. Bradley, Esq.
Nina H. Fields, Esq.
RICHARDSON, PATRICK, WESTBROOK,
 & BRICKMAN, LLC
174 E. Bay Street
Charleston, South Carolina 29401

**Via 1st Class Mail**
Guy M. Burns, Esq.
Jonathan S. Coleman, Esq.
Aleksas A. Barauskas, Esq.
JOHNSON, POPE, BOKOR,
 RUPPEL & BURNS LLP
403 E. Madison Street, Suite 400
Tampa, Florida  33602

**Via 1st Class Mail**
Michael D. Woerner, Esq.
Tana Lin, Esq.
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

**Via 1st Class Mail**
Carmella P. Keener, Esq.
ROSENTHAL, MONHAIT
 & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, Delaware 19899

**Via 1st Class Mail**
Diana A. Nygaard, Esq.
THE NYGAARD LAW FIRM
11050 Roe Avenue, Suite 212
Leawood, Kansas 66211

**PLEASE TAKE NOTICE** that, pursuant to D. Del. LR 83.7, the appearance of Janna J.

Hansen of Ropes & Gray LLP is hereby withdrawn as counsel *pro hac vice* to defendant

Hartford Investment Financial Services, LLC ("HIFSCO"). Abrams & Bayliss LLP and Ropes & Gray LLP will remain counsel of record for HIFSCO.

|  |  |
|---|---|
| | /s/ John M. Seaman |
| Of Counsel: | John M. Seaman (#3868) |
| | A. Thompson Bayliss (#4379) |
| Harvey J. Wolkoff, Esq. | ABRAMS & BAYLISS LLP |
| Robert A. Skinner, Esq. | 20 Montchanin Road, Suite 200 |
| Allison M. Boscarine, Esq. | Wilmington, Delaware  19807 |
| ROPES & GRAY LLP | (302) 778-1000 |
| Prudential Tower | seaman@abramsbayliss.com |
| 800 Boylston Street | bayliss@abramsbayliss.com |
| Boston, Massachusetts  02199-3600 | |
| | *Attorneys for Defendant* |
| | *Hartford Investment Financial Services, LLC* |
| Dated:  August 8, 2011 | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2011, I electronically filed the foregoing *Notice of Withdrawal* with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on August 8, 2011, I served true and correct copies of the foregoing document on the following counsel as indicted below:

**VIA 1ST CLASS MAIL**
Michael Brickman, Esq.
James C. Bradley, Esq.
Nina H. Fields, Esq.
RICHARDSON, PATRICK, WESTBROOK, & BRICKMAN, LLC
174 E. Bay Street
Charleston, South Carolina 29401

**VIA 1ST CLASS MAIL**
Guy M. Burns, Esq.
Jonathan S. Coleman, Esq.
Aleksas A. Barauskas, Esq.
JOHNSON, POPE, BOKOR,
 RUPPEL & BURNS LLP
403 E. Madison Street, Suite 400
Tampa, Florida 33602

**VIA 1ST CLASS MAIL**
Michael D. Woerner, Esq.
Tana Lin, Esq.
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

**VIA 1ST CLASS MAIL**
Carmella P. Keener, Esq.
ROSENTHAL, MONHAIT
& GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, Delaware 19899-1070

**VIA 1ST CLASS MAIL**
Diana A. Nygaard, Esq.
THE NYGAARD LAW FIRM
11050 Roe Avenue, Suite 212
Leawood, Kansas 66211

  */s/ John M. Seaman*
  John M. Seaman (#3868)
  ABRAMS & BAYLISS LLP
  20 Montchanin Road, Suite 200
  Wilmington, Delaware 19807
  (302) 778-1000
  seaman@abramsbayliss.com