[Dkt. Ent. 29]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JILL E. SOUTHWORTH,<br>as Trustee of Jill Southworth<br>Revocable Trust, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>HARTFORD INVESTMENT FINANCIAL<br>SERVICES LLC,<br><br>        Defendant. | Civil No. 10-0878 (RMB/KMW)<br><br>**ORDER** |

    THIS MATTER having come before the Court upon a motion to dismiss by the defendant Hartford Investment Financial Services LLC [Dkt. Ent. 29]; and

    THE COURT having considered the parties' written submissions and oral arguments; and

    FOR THE REASONS set forth on the record,

    IT IS on this, the **13th** day of **September 2011**, hereby

    **ORDERED** that the motion to dismiss is **GRANTED, in part,** and **DENIED, in part**; and it is further

**ORDERED** that Plaintiff may amend the Complaint on or before **November 14, 2011**, and Defendant may file a responsive pleading on or before **January 16, 2012**.

-
                                                 s/Renée Marie Bumb
                                                 RENÉE MARIE BUMB
                                                 UNITED STATES DISTRICT JUDGE