# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILL E. SOUTHWORTH, as TRUSTEE of the JILL SOUTHWORTH REVOCABLE TRUST, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br><br>  Defendant. | Case No. 1:10-cv-00878-RMB-KW |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties in the above captioned action stipulate to the voluntary dismissal of the action with prejudice and with all parties to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Carmella P. Keener* | */s/ John M. Seaman* |
| Carmella P. Keener (# 2810) | John M. Seaman (#3868) |
| ckeener@rmgglaw.com | seaman@abramsbayliss.com |
| Rosenthal, Monhait & Goddess, P.A. | A. Thompson Bayliss (#4379) |
| 919 N. Market Street, Suite 1401 | bayliss@abramsbayliss.com |
| Citizens Bank Center | Abrams & Bayliss LLP |
| Post Office Box 1070 | 20 Montchanin Road, Suite 200 |
| Wilmington, Delaware 19899-1070 | Wilmington, Delaware 19807 |
| Phone: (302) 656-4433 | Phone: (302) 778-1000 |
| Fax: (302) 658-7567 | Fax: (302) 778-1001 |
| | |
| *Attorneys for the Plaintiffs* | *Attorneys for Defendant* |
| *Jill E. Southworth, et al.* | *Hartford Investment Financial Services, LLC* |

Dated: November 7, 2011

James C. Bradley
jbradley@rpwb.com
Michael J. Brickman
mbrickman@rpwb.com
Nina H. Fields
nfields@rpwb.com
Richardson, Patrick, Westbrook & Brickman
1017 Chuck Dawley Boulevard (29464)
Post Office Box 1007
Mount Pleasant, South Carolina 29465
Phone: (843) 727-6500
Fax: (843) 881-6183

Guy M. Burns
guyb@jpfirm.com
Jonathan S. Coleman
jonathanc@jpfirm.com
Aleksas A. Barauskas
aleksasb@jpfirm.com
Johnson, Pope, Bokor, Ruppel & Burns, LLP
Post Office Box 1100
Tampa, Florida  33601-1100
Phone: (813) 225-2500
Fax: (813) 223-7118

Michael D. Woerner
mwoerner@kellerrohrback.com
Tana Lin
tlin@kellerrohrback.com
Laura R. Gerber
lgerber@kellerrohrback.com
Keller Rohrback, PLC
1201 3rd Avenue, Suite 3200
Seattle, Washington  98101
Phone:  (206) 623-1900
Fax: (206) 623-3384

Diane A. Nygaard
diane@ksnlegal.com
Kenner Schmitt Nygaard, LLC
117 West 20th St., Suite 201
Kansas City, Missouri 64108
Phone: (816) 531-3100
Fax: (816) 531-3600
*Attorneys for the Plaintiffs*
*Jill E. Southworth, et al.*

Robert A. Skinner
robert.skinner@ropesgray.com
Harvey J. Wolkoff
harvey.wolkoff@ropesgray.com
Allison M. Boscarine
allison.boscarine@ropesgray.com
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: (617) 951-7000
Fax: (617) 951-7050
*Attorneys for Defendant*
*Hartford Investment Financial Services, LLC*